FILED
2017 Aug-09 PM 02:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JOANNE PEARSON, as administrator of the estate of Katherine Ann Daly, deceased,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**LAFAYETTE LIFE INSURANCE COMPANY,** )<br>)<br>)<br>**Defendant.** ) | Civil Action Number<br>**5:17-cv-01122-AKK** |

## ORDER OF DISMISSAL

On August 3, 2017, the court issued an order directing plaintiff to show cause, by no later than August 8, 2017, for why this case should not be dismissed without prejudice for failure to state a claim upon which relief can be granted. *See* doc. 9. The court informed plaintiff that "[a] failure to respond will result in the dismissal of this action." *Id.* at 3. In light of plaintiff's failure to respond, and for the reasons stated in the show cause order, doc. 9, and in defendant's motion to dismiss and supporting brief, docs. 3 & 4, the motion to dismiss is **GRANTED**. This action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close this file.

**DONE** the 9th day of August, 2017.

                                        _____
                                              **ABDUL K. KALLON**
                                       UNITED STATES DISTRICT JUDGE